# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DANIEL LUGO,**

    **Plaintiff,**

**v.**                                                  **Case No: 8:22-cv-2937-MSS-AEP**

**GULF BEACH RESORT**
**CONDOMINIUM ASSOCIATION,**
**INC.,**

    **Defendant.**

_____

## ORDER OF DISMISSAL

Upon consideration of Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. 7), and pursuant to FED. R. CIV. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida this 27th day of January 2023.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party